UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 08-21668-GOLD/McALILEY

TINGXIN FU,

    Petitioner,

v.

UNITED STATES CITIZENSHIP
AND IMMIGRATION SERVICES (USCIS),

    Respondents.
_____/

ORDER GRANTING DEFENDANT'S MOTION TO DISMISS FOR MOOTNESS

THIS CAUSE is before the Court upon Defendant's Motion to Dismiss for Mootness [DE 5], in which Defendant informs me that Plaintiff's Immigration Petition by Alien Entrepreneur, Form I526, has been approved. As a result, his complaint for mandamus has been rendered moot.

Accordingly, it is hereby ORDERED AND ADJUDGED:

1. Defendant's Motion [DE 5] is GRANTED.

2. Plaintiff's Complaint [DE 1] is DISMISSED AS MOOT.

3. This case is CLOSED.

4. All pending motions are DENIED AS MOOT and all hearings, including the previously scheduled Show Cause Hearing on August 15, 2008 at 9:30 a.m., are CANCELED.

5. The Clerk of Court is instructed to CLOSE this case.

DONE AND ORDERED in Chambers at Miami, Florida, this 11thday of July, 2008.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Chris M. McAliley
Counsel of record

From Chambers via U.S. Mail:
Tingxin Fu, Pro Se
17804 SW 83rd Court
Miami, FL 33157-6109